1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DIONICIO SUAREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICA'S SERVICING COMPANY; NDEX WEST, LLC; and DOES 1-50, INCLUSIVE,<br><br>    Defendants. | Case No. EDCV08-01847 SGL (PJWx)<br>Hon. Stephen G. Larson<br>Courtroom 1 – Riverside<br>Complaint filed: November 12, 2008<br><br>**JUDGMENT** |

The motion of Defendant WELLS FARGO BANK, N.A. dba AMERICA'S SERVICING COMPANY to dismiss Plaintiff Dionicio Suarez's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(e) for failure to state a claim upon which relief can be granted was set to be heard on January 26, 2009. The Court found the matter suitable for ruling without oral argument.

- 2 -

1 | After considering all of the papers submitted by the parties, the arguments therein and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion to dismiss is granted without prejudice.  Plaintiff's complaint is dismissed as to Wells Fargo Bank, N.A. dba America's Servicing Company without prejudice.  Plaintiff is to recover nothing from the Wells Fargo Bank, N.A. dba America's Servicing Company.

DATED:   March 16, 2009

*[signature: S.G. Larson]*

HONORABLE STEPHEN G. LARSON